FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Jul 09 2025

KEVIN P. WEIMER, Clerk

By: Kari Butler
    Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LYNETTE OLIVER,<br><br>    Plaintiff pro se,<br><br>  v.<br><br>NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER; CITIBANK N.A., ALLEGED TRUSTEE OF NEW RESIDENTIAL MORTGAGE LOAN TRUST 2020-2; WILMINGTON TRUST, NATIONAL ASSOCIATION, AS ALLEGED TRUSTEE; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), AS NOMINEE OR ALLEGED INTEREST HOLDER; and ALL OTHER CLAIMANTS,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br><br>1:25-CV-03286-SCJ-WEJ |

## ORDER

This matter is before the Court on a Request for Entry of Default [7], filed by plaintiff pro se, Lynette Oliver. For the reasons explanted below, the Request is **DENIED**.

In her Motion, plaintiff pro se states that defendant Nationstar Mortgage LLC was served on May 12, 2025; defendant Citibank N.A. was served on May 15, 2025 via certified mail, with USPS confirmation of delivery at its designated address; and defendant Wilmington Trust, N.A. was served on May 27, 2025, with USPS confirmation of pickup at the Wilmington, Delaware facility. She claims that, as of the date of her filing, no responsive pleading, motion, or request for extension has been submitted by the June 30, 2025 deadline. She asks the Clerk to enter default against these defendants pursuant to Federal Rule of Civil Procedure 55(a). (Pl.'s Mot. [7] 1-2.)

Since the filing of plaintiff's Request for Entry of Default on July 1, 2025, the undersigned granted defendants Nationstar Mortgage LLC D/B/A Mr. Cooper and Citibank, N.A. as Trustee's Second Emergency Motion for Extension of Time to Respond to Complaint [12]. (See Order of July 8, 2025 [16].) This Order extended the time for defendants to answer or otherwise respond until July 21, 2025. Because no basis exists for the Clerk to enter a default, Ms. Oliver's Request for Entry of Default [7] is **DENIED**.

**SO ORDERED**, this 9th day of July, 2025.

_____
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE