IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LYNETTE OLIVER,  )
Plaintiff,  )
 )
v.  ) Case No. 1:25-cv-03286-SCJ-WEJ
 )
NATIONSTAR MORTGAGE LLC  )
D/B/A MR COOPER, et al,  )
Defendants.  )

---

## MOTION FOR LEAVE TO PARTICIPATE IN ELECTRONIC FILING (CM/ECF)

COMES NOW, Plaintiff Lynette Oliver, appearing pro se, and respectfully requests leave of Court to participate in electronic case filing (CM/ECF) in the above-captioned matter, pursuant to Federal Rule of Civil Procedure 5(d)(3)(B), Local Rule 5.1(A)(2), and Standing Order 14-01 (N.D. Ga. Aug. 1, 2014). In support of this motion, Plaintiff states as follows:

1. Plaintiff is a self-represented litigant in this civil action currently pending in the United States District Court for the Northern District of Georgia.

2. Plaintiff maintains regular and reliable access to a computer, internet service, and a valid PACER account.

3. Plaintiff is capable of filing electronically and receiving electronic notices and

1

documents, and is committed to complying with the Federal Rules of Civil Procedure, the Local Rules of this Court, and all technical requirements associated with electronic filing.

4. The undersigned is aware that if leave is granted, all future filings must be submitted electronically, and service will be effected through the CM/ECF system unless otherwise ordered by the Court.

5. Granting this motion will promote judicial efficiency and ensure timely receipt and delivery of filings in a case involving complex procedural matters, multiple defendants, and expedited issues.

WHEREFORE, Plaintiff respectfully requests that this Court grant leave to file and receive documents electronically via CM/ECF in this matter, and for such other relief as the Court deems just and proper.

Respectfully submitted this ___ day of July, 2025.

**/s/ Lynette Oliver**
Lynette Oliver
Pro Se Plaintiff
P.O. Box 1608
Jonesboro, GA 30237
loliver@mindspring.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing MOTION FOR LEAVE TO PARTICIPATE IN ELECTRONIC FILING (CM/ECF) was served upon counsel of record by United States Mail on this ___ day of July, 2025.

**Danny Patterson, Esq.**
McGuireWoods LLP
1075 Peachtree Street NE, 35th Floor
Atlanta, GA 30309
dpatterson@mcguirewoods.com

**/s/ Lynette Oliver**
Lynette Oliver, Pro Se

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **LYNETTE OLIVER,**<br>Plaintiff,<br><br>v.<br><br>**NATIONSTAR MORTGAGE LLC**<br>**D/B/A MR COOPER, et al,**<br>**Defendants.** | )<br>)<br>)<br>)<br>) Case No. 1:25-cv-03286-SCJ-WEJ<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR CM/ECF FILING ACCESS

The Court, having considered Plaintiff's **Motion for Leave to Use the Court's CM/ECF Electronic Filing System**, and for good cause shown,

**IT IS HEREBY ORDERED** that Plaintiff Lynette Oliver is granted permission to electronically file and receive documents via the Court's CM/ECF system in this case, subject to the following conditions:

1. Plaintiff must complete all required training, registration, and agreement protocols with the Clerk's Office for CM/ECF use;

2. Plaintiff shall comply with all applicable local rules and administrative procedures governing electronic filing;

3. This permission is limited to this civil action only and may be revoked for abuse or noncompliance.

1

**SO ORDERED**, this ___ day of _____, 2025.

_____

**HON. STEVE C. JONES**
United States District Judge
Northern District of Georgia

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR CM/ECF FILING ACCESS was served upon counsel of record by United States Certified Mail on this ___ day of July, 2025.

**Danny Patterson, Esq.**
McGuireWoods LLP
1075 Peachtree Street NE, 35th Floor
Atlanta, GA 30309
dpatterson@mcguirewoods.com

**/s/ Lynette Oliver**
Lynette Oliver, Pro Se

MOTION TO LEAVE TO PARTICIPATE IN
CM/ECF + ORDER  (7)
───────────────────────────────

CASE: 1:25-CV-03286

TO CLERK: PLEASE FILE + DOCKET THESE
ITEMS ASAP. URGENT MATTER

PACKET CONTAINS:
  A) MOTION TO LEAVE TO PARTICIPATE IN
     ELECTRONIC FILING (CM/ECF) +
     CERT OF SERVICE + ORDER TO JUDGES

THANK YOU!          PACKET 4