IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LYNETTE OLIVER, | |
| Plaintiff, | CIVIL ACTION FILE NO. |
| v. | 1:25-CV-3286-SCJ-WEJ |
| NATIONSTAR MORTGAGE LLC d/b/a Mr. Cooper; CITIBANK N.A., AS ALLEGED TRUSTEE OF NEW RESIDENTIAL MORTGAGE LOAN TRUST 2020-2; WILMINGTON TRUST, NATIONAL ASSOCIATION, AS ALLEGED TRUSTEE; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), AS NOMINEE OR ALLEGED INTEREST HOLDER; and ALL OTHER CLAIMANTS, | |
| Defendants. | |

**O R D E R**

As a senior judge of the Northern District of Georgia, I decline assignment of this case. The Clerk is directed not to substitute another case for this action.

**IT IS SO ORDERED**, this 11th day of July, 2025.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE