IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LYNETTE OLIVER,<br><br>Plaintiff pro se,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER; CITIBANK N.A., ALLEGED TRUSTEE OF NEW RESIDENTIAL MORTGAGE LOAN TRUST 2020-2; WILMINGTON TRUST, NATIONAL ASSOCIATION, AS ALLEGED TRUSTEE; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), AS NOMINEE OR ALLEGED INTEREST HOLDER; and ALL OTHER CLAIMANTS,<br><br>Defendants. | CIVIL ACTION FILE NO.<br><br>1:25-CV-03286-MHC-WEJ |

## OMNIBUS ORDER

Plaintiff pro se's Motion for Reconsideration [21] is **DENIED**;

Plaintiff pro se's Motion to Strike Defendants' Motion to Stay Discovery [22] is **DENIED**;

Plaintiff pro se's Emergency Motion For Leave to Issue Limited Subpoenas Pursuant to Rule 45 [23] is **DENIED**; and

Plaintiff pro se's Motion for Leave to Participate in Electronic Filing (CM/ECF) [24] is **DENIED**.

**SO ORDERED**, this 14th day of July, 2025.

_____
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE