IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LYNETTE OLIVER,<br><br>Plaintiff pro se,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER; CITIBANK N.A., ALLEGED TRUSTEE OF NEW RESIDENTIAL MORTGAGE LOAN TRUST 2020-2; WILMINGTON TRUST, NATIONAL ASSOCIATION, AS ALLEGED TRUSTEE; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), AS NOMINEE OR ALLEGED INTEREST HOLDER; and ALL OTHER CLAIMANTS,<br><br>Defendants. | CIVIL ACTION FILE NO.<br><br>1:25-CV-03286-MHC-WEJ |

## **ORDER GRANTING STAY**

Before the Court is a Motion to Stay Discovery and Deadlines [15] filed by Defendants Nationstar Mortgage LLC d/b/a Mr. Cooper. ("Nationstar"), and Citibank, N.A. as Owner Trustee of New Residential Mortgage Loan Trust 2020-2

("Citibank") (Collectively "Defendants"). For the reasons stated therein and for good cause shown, the Court hereby **GRANTS** Defendants' Motion to Stay.

Accordingly, the deadlines for (1) conducting the Rule 26(f) planning conference; (2) filing the Joint Preliminary Report and Discovery Plan; (3) exchanging Initial Disclosures; and (4) commencing the discovery period (see N.D. Ga. L. Civ. R. 16.1, 16.2, and 26.1) are hereby **STAYED** pending ruling on Defendant's Motion to Dismiss until further order of the Court.

**SO ORDERED**, this 14th day of July, 2025.

_____
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE